**USDA Rural Development**
Committed to the future of rural communities.

**United States Department of Agriculture**
Rural Development
Centralized Servicing Center
Bankruptcy Unit, PO Box 66879, St. Louis MO 63166
(800) 349-5097(Voice), (800) 438-1832 (TDD/TTY Hearing Impaired Only) or (314) 457-5539 (FAX)
Web: http://www.rurdev.usda.gov

Please withdraw claim number 12 it was filed in error. If you have any questions please contact Eboni Formon at 314-457-5392.

Sincerely,

*Eboni Formon*
Eboni Formon
Bankruptcy Specialist
USDA Rural Housing Service

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Office of Civil Rights, Programs, 300 7th Street SW, Room 400 (Stop 9430), Washington, DC 20024 or call (866)632-9992 (Voice), (202) 401-0216 (TDD/TTY Hearing Impaired Only) or (202)720-8046 (FAX)